UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY BRIAN MALLGREN,<br><br>                               Petitioner,<br><br>       -against-<br><br>NEW YORK CITY, ET AL.,<br><br>                               Respondents. | 24 CIVIL 10066 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the January 10, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   January 14, 2025
         New York, New York

                                                              /s/ Laura Taylor Swain
                                                              LAURA TAYLOR SWAIN
                                                              Chief United States District Judge